

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HANNAH V. FADDIS**
*Senior Counsel*
Phone: (212) 356-2657
Fax: (212) 356-1148
hfaddis@law.nyc.gov

October 27, 2020

BY ECF
Hon. Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>Denise Stewart, et al. v. City of New York et al.</u>, 15-cv-5811 (SJ)(RML)

Your Honor:

      I am one of the attorneys assigned to represent defendants City of New York and Officers Mackey, Matteo and Tirado in the above-referenced matter. Defendants write in response to plaintiffs' application filed on October 19, 2020 (ECF No. 62), regarding the scheduling of the trial of this matter. Although this application was filed under seal, defendants were provided with a redacted version by plaintiffs' counsel on October 20, 2020. Defendants do not oppose this request.

      On October 14, 2020, the parties appeared by phone for a status conference. At that time, plaintiffs' counsel represented that they had health concerns for plaintiff Denise Stewart, as well as senior members of plaintiff's trial team related to holding a trial of this matter during the ongoing COVID-19 pandemic. Defendants understand that plaintiffs are seeking to adjourn the trial of this matter *sine die*, until a reliable treatment for COVID-19 has been developed. As defendants are not privy to the details of plaintiffs' concerns, we respectfully defer to the Court's assessment of any reasonable and necessary accommodations to be made regarding the scheduling and conduct of the trial of this matter.

      Defendants thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

CC:    All counsel of record (*Via ECF*)